IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PILOT VII SERVICES INC., | § | |
| | § | |
| *Petitioner.* | § | CIVIL ACTION NO. 1:24-CV-010 |
| | § | |
| | § | |

**PETITIONER'S UNOPPOSED MOTION FOR APPROVAL OF
MINOR SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Petitioner Pilot VII Services Inc. ("Pilot VII Services" or "Petitioner") files this Agreed Motion for Approval of Minor Settlement and Dismissal with Prejudice, and would show the Court as follows:

1.

This action was brought pursuant to the Limitation Act, which allows the owner of a vessel to bring a civil action in the United States District Court for limitation of liability. 46 U.S.C.A. § 30511.

2.

The following Claimants filed claims against Pilot VII before the March 18, 2024 deadline: Robyn Dunkin, Individually, as Next Friend of M.D. and K.D., Minors, and on behalf of the estate of Robert William Dunkin, Clay Dunkin, and Brazos-Santiago Pilots, LLC (collectively, "Claimants"). (See D.E.10 and 10, filed on March 15, 2024 and March 18, 2024, respectively.) The Dunkin Claimants (Robyn Dunkin, Individually, as Next Friend of M.D. and K.D., Minors, and on behalf of the estate of Robert William Dunkin, and Clay Dunkin) also filed a claim against Brazos-Santiago Pilots, LLC. There were no other claims filed before the deadline. Since the filing

of the claims, Kendall Dunkin—referenced above as "K.D."—reached the age of majority and acts for herself in connection with this matter.

3.

All Claims and causes of action asserted by Claimants against Petitioners and Brazos-Santiago Pilots, LLC have been settled and compromised. The court appointed Erin Elizabeth Gamez as Guardian Ad Litem for the Claimant designated herein as "M.D." The parties agree the Claimants' claims against Pilot VII and the Dunkin Claimants' claims against Brazos-Santiago Pilots, LLC should be dismissed with prejudice to refiling and that a take nothing judgment and order of Dismissal with Prejudice should be entered against Claimants with respect to any an all claims and causes of action that have been, or could have been assert by them in this case against Petitioner Pilot VII and Brazos-Santiago Pilots, LLC. All parties hereto further have agreed with Petitioner's request that the court review and approve the "Compromise and Settlement Agreement" to be agreed among the parties, considering the Guardian Ad Litem Attorney Elizabeth Erin Gamez's recommendations on behalf of Claimant M.D., a minor. A copy of the proposed agreement will be made available to the court at the hearing.

WHEREFORE PREMISES CONSIDERED, Petitioners respectfully request entry of Default Judgment as herein described, and approval of the release and entry of a take nothing judgment and order of dismissal, and assessment of costs and fees as requested herein, and to any further relief to which they may show themselves justly entitled.

Respectfully submitted,

**KEAN MILLER LLP**

*/s/ David Pybus*
David Pybus
Texas Bar No. 16418900
711 Louisiana Street, Suite 1800
South Tower
Houston, Texas 77002
(713) 844-3000 – Telephone
(713) 844-3030 – Facsimile
david.pybus@keanmiller.com


Brad Schlotterer ( #24211)
909 Poydras St #3600
New Orleans, LA 70112
Telephone - 504-585-3050
Fax - 504-585-3051
brad.schlotterer@keanmiller.com
david.judd@keanmiller.com

**ATTORNEYS FOR PILOT VII SERVICES INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure on March 17, 2025.

/s/ David Pybus
David Pybus