United States District Court
Southern District of Texas
**ENTERED**
March 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PILOT VII SERVICES INC., § | |
| § | |
| *Petitioner.* § | CIVIL ACTION NO. 1:24-CV-010 |
| § | |
| § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Agreed Motion for Approval of Minor Settlement and Dismissal with Prejudice filed by Limitation Petitioner Pilot VII Services Inc. ("Pilot VII Services") is hereby **GRANTED**; it is, therefore,

**ORDERED, ADJUDGED and DECREED** that the claims and causes of actions asserted by Robyn Dunkin, Individually, as Next Friend of M.D. and K.D., Minors, and on behalf of the Estate of Robert William Dunkin, Clay Dunkin, (collectively, "Dunkin Claimants") against Pilot VII Services and Brazos Santiago Pilots, LLC ("Brazos") are hereby **DISMISSED** with prejudice to any and all claims and causes of action that have been, or could have been asserted by the Dunkin Claimants against Pilot VII Services or Brazos in this case; it is further,

**ORDERED, ADJUDGED, DECREED** that the claims and causes of action asserted by Brazos against Pilot VII Services are hereby **DISMISSED** with prejudice to any and all claims and causes of actions that have been, or could have been asserted by Brazos against Pilot VII Services in this case; it is further,

**ORDERED, ADJUDGED, DECREED** that the settlement with the minor M.D. is in her best interest and is approved. She shall receive the net sum of 25% of the settlement amounts, after discharge of applicable liens, to be managed as follows: The funds to be placed in the registry of the Court and disbursed to the minor M.D. when she reaches the age of majority.

Court costs, expenses and attorneys' fees shall be borne by the party incurring same.

It is so ORDERED.

   March 18, 2025              _Fernando Rodriguez, Jr._
Date                     FERNANDO RODRIGUEZ, JR.
                       U.S. DISTRICT JUDGE

**APPROVED AS TO FORM:**

/s/ David Pybus
David Pybus
Kean Miller, LLP
711 Louisiana Street, Suite 1800
South Tower
Houston, Texas 77002
david.pybus@keanmiller.com
Brad Schlotterer
909 Poydras Street #3600
New Orleans, Louisiana 70112
brad.schlotterer@keanmiller.com
*Counsel for Petitioner*
*Pilot VII Services Inc.*


/s/James H. Hunter
James H. Hunter
Royston Rayzor Vickery & Williams LLP
55 Cove Circle
Brownsville, Texas 78520
jim.hunter@roystonlaw.com
*Counsel for Claimant*
*Brazos-Santiago Pilots, LLC*



*/s/ Scott R. Frase*
Donald H. Kidd
Scott R. Frase
Perdue & Kidd
777 Post Oak Blvd., Suite 450
Houston, Texas 77056
dkidd@perdueandkidd.com
sfrase@perdueandkidd.com
*Counsel for Claimants*
*Robyn Dunkin, Individually,*
*as Next Friend of M.D. and K.D.,*
*Minors, and on behalf of the Estate*
*of Robert William Dunkin, Clay Dunkin*


*/s/ Elizabeth Erin Gamez*
Elizabeth Erin Gamez
Law Office of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520
956-541-3820
admin@gamezlawoffices.com
*Guardian Ad Litem for M.D.*